**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00262-REB-KLM


AMICA MUTUAL INSURANCE COMPANY,

      Plaintiff,

v.

WHOIS PRIVACY PROTECTION SERVICE, INC.,
INSURANCE-WEBSITE.COM, and
DARRIN BAGNUOLO, doing business as Darba Online, Darba Domains and Darba
Enterprises, Inc.

      Defendants.

BANKRATE, INC.,

      Interested Party.

_____

**ORDER CLOSING CASE**
_____

**Blackburn, J.**

      This matter is before the court *sua sponte.*  This case was initiated with the filing

of a motion to compel [#1][1] by Amica Mutual Insurance Company.  On May 11, 2012,

Magistrate Judge Mix entered an order [#20] resolving the issues raised in the motion to

compel [#1].  Because there are no pending claims or issues in this case, I order that

this case be closed.

---

     [1]  "[#1]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

**THEREFORE, IT IS ORDERED** that this case is **CLOSED**.

Dated October 8, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge